In the Matter of the Arbitration between NICHOLAS GIANGUALANO et al., Respondents, and JAY B. BIRNBAUM et al., as Co-Trustees of Trust "B" under the Last Will and Testament of BERNARD B. BIRNBAUM, Deceased, Appellants. [957 NYS2d 261]——Motion

Present—Peradotto, J.P. Carni, Lindley and Martoche, JJ.

PHILIP F. HANLON, Respondent, v MICHAEL D. HEALY, Appellant. [957 NYS2d 261]

Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.

In the Matter of JAKOB B.-K. and Another, Infants. CAYUGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEPHEN K., Appellant. [957 NYS2d 261]

Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ISMAEL J. CRUZ, Also Known as JUNIOR, Also Known as JUNE, Respondent. [955 NYS2d 780] Memorandum: The matter is remitted to Supreme Court, Monroe County, to dismiss sua sponte or on application by the District Attorney or the attorney who appeared for defendant-respondent that portion of the indictment as it pertains to defendant-respondent (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KHARYE JARVIS, Appellant. [957 NYS2d 261] Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE J. KNAAK, Appellant. [955 NYS2d 779]

Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.